IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:05CR3133 |
| ERIC FANT, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Extend Pretrial Motion Deadline, filing 10, for approximately 14 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant shall file any pretrial motions in the above captioned matter no later than the 24th day of February, 2006. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly, the time from February 10, 2006 until the next date set, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 8th day of February, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge